FILED
OCT 30 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ______ DEP CLK

# United States District Court
Eastern District of North Carolina
Western Division

**Case No.** 5:26-CT-3330-BO
(To be filled out by Clerk's Office only)

Robert S. Ballard

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 0017263

-against-

# COMPLAINT
(*Pro Se* Prisoner)

Maury Medical Dept
All Nursing Staff assigned To Blue Unit
Warden Waddell

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Jury Demand?
☒ Yes
☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Robert Samuel Ballard
Name

0017263
Prisoner ID #

Maury Correctional
Place of Detention

PO Box 506
Institutional Address

Maury | NC | 28554
City | State | Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee ☐ State ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Caroll Calloway
Name

Nurse
Current Job Title

PO Box 506
Current Work Address

Maury NC 28557
City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: Bermerize
Name

Nurse
Current Job Title

PO Box 506
Current Work Address

Maury NC 28557
City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

**Defendant(s) Continued**

Defendant 3: Cenbron
Name

Nurse
Current Job Title

PO Box 506
Current Work Address

Maury | NC | 28554
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 4: Daryl Rogers
Name

Nurse
Current Job Title

PO Box 506
Current Work Address

Maury | NC | 28554
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant #5
MARVIN D. CASINO
NURSE
PO BOX 506
MAURY NC 28554
Capacity in which being sued - Both

Defendant # 6
Warden Waddell
Warden
PO Box 506
Maury NC 28554
Both capacities being sued

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Maury Correctional

Date(s) of occurrence: Aug 2026, Sept 2026, Oct 2026

State which of your federal constitutional or federal statutory rights have been violated:

Conditions of Confinement US Const. Amend VIII

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Who did what to you?

Plaintiff is and has been incontinent for several years. This medical issue requires Plaintiff to have to wear briefs which help to contain his urine. Plaintiff upon being transferred To Maury from Central Prison was ordered 4 pair of briefs per day. Plaintiff received these as was ordered until he was Transferred to Blue Unit.

When plaintiff requested his briefs he was given 2 packs containing 40 pair of briefs. About 10 days later when plaintiff asks for more he was Told by Nurse Cenbron that she had given him 2 packs containing 40 pair of briefs and That was a months supply! Plaintiff informed the Nurse his order is for 4 pair per day - not 40 pair per month.

Plaintiff was forced to do without for the next 15 days. For 15 days plaintiff was forced to lay in his bed soaked with urine.

Finally after 15 days doing without having To lay

What happened to you?

IN A bed soaked with uRINE, wearing clothing that was soaked in URINE, Plaintiff was given 4 packs of briefs. This was a Total of 80 pair of briefs. Still NOT the 4 pair per day that was ordered by the Provider.

Again after 20 days plaintiff RAN out again. Plaintiff had filed grievances about this issue. Still plaintiff was NOT given the 4 pair of briefs that were ordered. Again plaintiff ran out and again laid in URINE soaked sheets and clothing because I was not given any briefs.

After several weeks again plaintiff was given 4 packs of briefs. A Total of 80 pair - NOT the 4 pair per day that the order Reads

When did it happen to you?

Where did it happen to you?

What was your injury?

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No

If no, explain why not:

Is the grievance process completed? ☑ Yes ☐ No

If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

① Compensatory Damages in the amount of $50,000 dollars for each defendant

② Punitive Damages in the amount of 50,000 dollars for each defendant

③ An injunction order that plaintiff be given how ever many needed boots to handle his incontinent issue he suffers from

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☒ Yes ☐ No

If yes, how many? Several

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Some pending. Trial, settlement

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

***Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.***

Dated ______________________ Plaintiff's Signature: Robert Samuel Ballard

Printed Name: Robert Samuel Ballard

Prison Identification #: 0017263

Prison Address: PO Box 506 City: Maury State: NC Zip Code: 28554